11/09/2005 14:47 Case 2:04-cr-00229-RSL  US DISTRICT CT  Ø002
Case 2:04-cr-00229-RSL   Document 151   Filed 11/09/05   Page 1 of 3
Case 2:04-cr-00229-RMT   Document 143-2   Filed 08/15/2005   Page 1 of 3

Honorable Robert M. Takasugi

FILED
CLERK, U.S. DISTRICT COURT

NOV - 9 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

04-CR-00229-AF

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> LORENZO ("ZO") LAMANTIA ) <br> aka LORENZO MILANO, ) <br> ) <br> KULDIP SINGH ) <br> aka KAY SINGH, ) <br> aka KAY MILANO, and ) <br> ) <br> Defendants. ) | CASE NO. CR-04-229 RMT <br><br> ORDER [~~PROPOSED~~] CONTINUING TRIAL DATE; SETTING STATUS CONFERENCE; PRETRIAL MOTIONS' DEADLINE; AND CASE SCHEDULE |

## ORDER

1. The COURT has the joint status report and motion concerning a continuance of this trial date, pretrial motions deadline, and modification of discovery schedule.

2. The COURT finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. 3161(h)(8)(B)(ii).

3. The COURT further finds that the ends of justice will be served by ordering a continuance of this case, that a continuance is necessary to ensure effective pretrial and trial preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. 3161(h)(8)(A).

Order Continuing Trial Date and Setting Case Schedule
United States v. Anderson, et. al.
CR04-0229 RMT

1

4. The COURT further finds that the period of time from the current trial date of September 19, 2005 until the new trial date of February 6, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. 3161 *et. seq.*

5. IT IS THEREFORE ORDERED, that the trial in this matter is continued until Feb. 6, 2006. Pretrial motions are due by Dec. 6, 2005 and a Status Conference is scheduled for Jan. 2-3, 2006.

6. IT IS FURTHER ORDERED, the government will begin production of grand jury transcripts 60 days prior to trial (December 6, 2005) and will produce grand jury transcripts of all witnesses it anticipates calling in its case-in-chief no later than 30 days prior to trial (January 6, 2006). The government shall continue to produce Memoranda of Interview as they become available.

7. IT IS FURTHER ORDERED, that the government shall provide a witness list not later than 30 days prior to trial (January 6, 2006), reserving the right to amend the witness list no later than 7 days prior to trial (January 30, 2006).

8. IT IS FURTHER ORDERED, the government shall provide notice of its intent to offer evidence, pursuant to Fed.R.Evid. 404(b) and shall specifically identify that evidence not later than 30 days prior to trial (January 6, 2006).

9. IT IS FURTHER ORDERED, the government shall file its exhibit list no later than 30 days prior to trial (January 6, 2006).

10. IT IS FURTHER ORDERED, the government and counsel for defendants shall meet and confer with respect to jury instructions, and shall, no later than 26 days before trial, (January 11, 2006), file (a) a joint list of jury instructions as to which all counsel stipulate (including a list of authority supporting the use of each instruction), (b) a list of disputed instructions and shall provide the court with a diskette or CD containing all of the instructions in Word Perfect format, the final version to be given to the jury during deliberation. The list of disputed instructions shall include as to each disputed instruction: (a) the disputed instruction, (b) the authority supporting its use, (c) the

Order Continuing Trial Date and Setting Case Schedule
United States v. Andersen, et. al.
CR04-0229 RMT

2

1 | objection and the party objecting, (d) the authority supporting the objections, and (e)
2 | modification of the disputed instruction proposed by the objecting party and the authority
3 | supporting such modification.
4 |    11.   IT IS FURTHER ORDERED, the parties will file trial briefs no later than 2
5 | weeks before trial (January 23, 2006).
6 |
7 | DATED  NOV - 9 2005

*/s/ Robert M. Takasugi*
ROBERT M. TAKASUGI
United States District Sr. Judge

Order Continuing Trial Date and Setting Case Schedule
United States v. Andersen, et al.
CR04-0229 RMT

3