IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. CR04-0229 |
|                              ) | |
|          Plaintiff,          ) | |
|                              ) | ORDER AGREED BY THE PARTIES |
|     v.                       ) | GRANTING THE GOVERNMENT'S RULE |
|                              ) | 35(b) MOTION FOR REDUCED SENTENCE |
| LORENZO LAMANTIA,            ) | AND FOR THE TRANSPORTATION AND |
|                              ) | RELEASE OF DEFENDANT LAMANTIA |
|          Defendant.          ) | |
|                              ) | |

    The Court having considered the Government's Rule 35(b) Motion for Reduced Sentence (Dkt. 561) and the defendant's Response (Dkt. 562), hereby GRANTS the Motion. The Court further ORDERS (1) that the Attorney General shall release Mr. LaMantia no later than March 31, 2010, and (2) that the United States Marshal's Service shall transport Mr. LaMantia to FCI Sheridan no later than March 30, 2010 so that he can be processed out of that institution and released by the 31st of March.

    The Clerk shall provide copies of this Order to the Bureau of Prisons, including Mr. LaMantia's case manager at Sheridan Prison Camp, Sean Price, and to the United States Marshal's Service.

//

ORDER GRANTING MOTION TO REDUCE SENTENCE
IN CASE NO. CR04-0229 -- 1

DATED this 26th day of March, 2010.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

/s/Larry J. Wszalek
_____
LARRY J. WSZALEK
U.S. DOJ Tax Division


/s/Catherine A. Chaney
_____
CATHERINE A. CHANEY
Attorney for Mr. LaMantia

ORDER GRANTING MOTION TO REDUCE SENTENCE
IN CASE NO. CR04-0229 -- 2